

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2016

No. 04-16-00232-CR

Christopher Ray **LOPEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 388503
Honorable Scott Roberts, Judge Presiding

# O R D E R

The partial reporter's record requested by appellant has been filed. We withdraw our order dated June 15, 2016, and order appellant's brief due **July 29, 2016.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court